IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
                                EASTERN DIVISION

In re:                              )
                                    ) Case No. 08 B 13631
LESLIE ANN REYNOLDS                 ) Hon.  A. BENJAMIN GOLDGAR
                                    ) Chapter 7
                  Debtor            )
                    <u>TRUSTEE'S FINAL REPORT</u>

    To:  The Honorable A. BENJAMIN GOLDGAR, Bankruptcy Judge.

    NOW COMES ALLAN J. DeMARS, Trustee in Bankruptcy herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. Sec. 704(9).

    1.   The voluntary petition commencing this case, under Chapter 13, was filed on May 29, 2008, converted to Chapter 7 on July 8, 2008 and Allan J. DeMars was appointed Trustee.  The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

    2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code.  All assets of the estate have either been converted to cash, disposed of under orders of this Court or are sought to be abandoned by the Trustee.  There is no other property belonging to the estate, there are no matters pending or undetermined, claims have been reviewed and all claim objections have been resolved to the best of the Trustee's knowledge.  The Trustee certifies that this estate is ready to be closed.  The tasks performed by the Trustee are set forth on Exhibit "A".