UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| LESLIE ANN REYNOLDS | ) | |
| | ) | CASE NO. 08 B 13631 |
| DEBTOR | ) | |
| | ) | HON. A. BENJAMIN GOLDGAR |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  U.S. Bankruptcy Court, 219 South Dearborn, Courtroom 613, Chicago, Illinois 60604

    On: **January 28, 2009**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $ 14,001.19 |
    | Disbursements | $ 6,800.00 |
    | Net Cash Available for Distribution | $ 7,201.19 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Allan J. DeMars, trustee | $ None | $1,540.12 | $  13.92 |
    | Allan J. DeMars, attorney | $ None | $1,340.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | NONE | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be none.

7. Claims of general unsecured creditors totaling $21,612.40 have been allowed and will be paid *pro rata* only

after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 19.92906%.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 3 | Wells Fargo Financial Illinois, Inc. | $ 1024.49 | $ 204.17 |
| 4 | Amer. Exp. Centurian Bank | 20587.91 | 4102.98 |
| | | $21612.40 | $ 4307.15 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor: Condo at 200 Ridge Avenue, Evanston: $193,333.00; checking account $700.00; furniture $300.00; clothing $250.00; pension $2,000.00-
SEE TRUSTEE'S EXHIBIT "B" IN FINAL REPORT FOR MORE DETAILS.

Dated: **December 24, 2008**                          For the Court,

                                          By:   **KENNETH S. GARDNER**
                                                Kenneth S. Gardner
                                                Clerk of the U.S. Bankruptcy Court
                                                219 So. Dearborn Street; 7th Floor
                                                Chicago, IL 60604

Trustee:   Allan J. DeMars
Address:   100 W. Monroe - Suite 910
           Chicago, IL 60603
Phone No.: (312) 726-3377

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                  Date Rcvd: Dec 24, 2008
Case: 08-13631                Form ID: pdf002              Total Served: 18

The following entities were served by first class mail on Dec 26, 2008.
db           +Leslie Ann Reynolds,   200 Ridge Avenue, #2J,   Evanston, IL 60202-3859
aty           Catherine Kim,   Robert J Semrad & Associates,   407 South Dearborn 6th,   Chicago, IL  60605
aty          +Patrick J. Semrad,   Robert J Semrad and Associates,   407 South Dearborn,  Ste. 600,
               Chicago, IL 60605-1115
aty          +Thomas G Stahulak,   Stahulak & Associates,   120 South State Street 4th Floor,
               Chicago, IL 60603-5508
tr           +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
12276292     +American Express,   c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
12378373      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12276293     +Bank of America,   Attn: Bankruptcy NC4-105-02-99,   Po Box 26012,   Greensboro, NC 27420-6012
12338592     +COOK COUNTY TREASURER'S OFFICE,   LEGAL DEPARTMENT,   118 NORTH CLARK STREET - ROOM 112,
               CHICAGO, IL 60602-1332
12276295     +Chase,   Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
12321678     +Chase Home Finance LLC,   c/o Codilis & Associates, P.C.,   15W030 North Frontage Road, Suite 100,
               Burr Ridge, IL 60527-6921
12276296     +Chase Manhattan Mtg,   Attention: Bankruptcy,   8333 Ridgepoint Dr,   Irving, TX 75063-5812
12276297     +Chase-Manhattan,   Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
12276298     +Cook County Treasurer,   PO Box 4488,   Carol Stream, IL 60197-4488
12427588      JPMorgan Chase Bank,   Bankruptcy Department,   PO Box 24785,   Columbus, OH 43224-0785
12276299     +NCO Finanacial Systems Inc.,   507 Prudential Road,   Horsham, PA 19044-2368
12351220     +Wells Fargo Financial Illinois Inc,   4137 121st Street,   Urbandale IA 50323-2310
12276300     +Wffinancial,   9001a N Milwaukee,   Niles, IL 60714-1536

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Chicago Liquidators Services Inc
aty*         +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
12276294*    +Bank of America,   Attn: Bankruptcy NC4-105-02-99,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                                                 TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 26, 2008**          **Signature:** *Joseph Speetjens*