UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LESLIE ANN REYNOLDS | ) | Hon. A. BENJAMIN GOLDGAR |
| | ) | |
| | ) | Case No.  08 B 13631 |
| | ) | |

**Trustee's Final Account**
**and**
**Application to Close Case and Discharge Trustee**

To:   The Honorable A. BENJAMIN GOLDGAR
      United States Bankruptcy Judge

    Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

    All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B.  Form 2 also reflects a net total balance of zero for this estate.

    The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.


Dated:   March 19, 2009              /s/ Allan J. DeMars
                                                                    Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    ) Case No. 08 B 13631
LESLIE ANN REYNOLDS                 ) Hon. A. BENJAMIN GOLDGAR
                                    ) Chapter 7
            Debtor                  )

ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation                         $ 1,540.12
   Allan J. DeMars
2. Trustee's expenses                             $    13.92
   Allan J. DeMars
                              TOTAL               $ 1,554.04

IT IS FURTHER ORDERED that the requests for final compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation                                $ 1,340.00
      Allan J. DeMars
   b. Expenses                                    $_____

2. Accountant for the Trustee
   a. Compensation                                $_____

   b. Expenses                                    $_____

3. Other professional
   (list each professional separately)

                              Total               $ 1,340.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 26th day of JANUARY, 2009

**ENTERED**
**JAN 2 8 2009**

Enter: _____**Judge A. Benjamin Goldgar**_____
            Bankruptcy **United States Bankruptcy Court**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | |
| --- | --- | --- |
| | ) | Case No. 08 B 13631 |
| LESLIE ANN REYNOLDS | ) | Hon. A. BENJAMIN GOLDGAR |
| | ) | Chapter 7 |
| Debtor | ) | |

DISTRIBUTION REPORT

I, <u>Allan J. DeMars</u>, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

SUMMARY OF DISTRIBUTION:
```
Fees and Expenses  Trustee: $ 1554.04
                   Attorney:$ 1340.00        $   2894.04
Chapter 7 Administrative Expenses:           $
Chapter 11 Administrative Expenses:          $
Priority Claims (507(a)(3)-(a)(7)):          $
Secured Tax Liens:                           $
Priority Tax Claims:                         $
General Unsecured Claims:                    $   4308.18
Other:_____         $
TOTAL AMOUNT TO BE DISTRIBUTED:              $   7202.22
```

REPORT OF DISTRIBUTION

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| --- | --- | --- |
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $2,894.04 | 100% |

| CLAIM NUMBER | CREDITOR | | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| --- | --- | --- | --- | --- |
| Allan J. DeMars: | trustee's fees | | $ 1540.12 | $ 1540.12 |
| | expenses | | 13.92 | 13.92 |
| | attorney's fees | | 1340.00 | 1340.00 |
| | | | $ 2894.04 | $ 2894.04 |

REPORT OF DISTRIBUTION - CONT'D                          PAGE 2 of 6

|  | TOTAL | FINAL |
|---|---|---|
| 2.   TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

726(a) & (b) and 507(a)(1)    $
(Debtor-in-possession (DIP)
administrative expenses)
(Domestic Support Obligations)

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

|  | TOTAL | FINAL |
|---|---|---|
| 3.   TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

507(a)(3) -Gap claims          $
arising in involuntary
cases and allowed pursuant
to 502(f)

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

|  | TOTAL | FINAL |
|---|---|---|
| 4.   TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |

507(a)(4) - Wages,             $
salaries or commissions
limited to $10,950.00

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CON'T                    PAGE  3  of  6

| 5.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(5) - Contributions to Employee Benefit Plans | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 6.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Farmers' and Fishermans' claims to the extent of $5,400. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Deposits by consumers to the extent of $2,425.00 | $ | % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CONT'D                PAGE 4 of 6

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 724(b) - Tax claims | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(8) - Tax claims excluding fines and penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

REPORT OF DISTRIBUTION-CON'T                         Page 5 of 6

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $21,612.40 | 19.93383% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 3 | Wells Fargo Financial Illinois, Inc. | $ 1,024.49 | $ 204.22 |
| 4 | American Express Centurian Bank | 20,587.91 | 4,103.96 |
|   |   | $ 21,612.40 | $ 4,308.18 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ | % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

```
REPORT OF DISTRIBUTION-CON'T                        Page 6 of 6

                         TOTAL                      FINAL
15. TYPE OF CLAIMS       AMOUNT OF CLAIMS           DIVIDEND %

726(a)(5) - Interest     $



                         TOTAL                      FINAL
16. TYPE OF CLAIMS       AMOUNT OF CLAIMS           DIVIDEND %

726(a)(6) - Surplus to   $
Debtor
                              AMOUNT                AMOUNT OF
CLAIM NUMBER     CREDITOR     ALLOWED CLAIM         DIVIDEND

                              $
```

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM# | CREDITOR | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN |
|---|---|---|---|---|

Secured claim #1 (Chase Home Finance), secured claim #2 (Cook County Treasurer's Office) and secured claim #5 (JP Morgan Chase Bank) have been withdrawn.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: January 28, 2009         /s/ Allan J. DeMars
                                        Trustee

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.:       08 B 13631                                    Trustee's Name:  Allan J. DeMars
Case Name:      LESLIE ANN REYNOLDS                           Bank Name:       Bank of America
Taxpayer ID#:   26-6554965                                    Initial CD #:    CDI
For Period Ending: 12/31/09                                   Blanket bond (per case limit):  5,000,000
                                                              Separate bond (if applicable):
                                                              Money Market #:  375 554 6256

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 9/18/08 | Ref 6 | CarMax | 2005 Toyota Highlander | 1129-000 | 14,000.00 | | 14,000.00 |
| 9/29/08 | Check 1001 | Leslie Ann Reynolds | exemptions in vehicle | 8100-002 | | 6,100.00 | 7,900.00 |
| 9/29/08 | Check 1002 | Chicago Liquidators Services | auctioneer's commission | 3610-000 | | 700.00 | 7,200.00 |
| 9/30/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 0.46 | | 7,200.46 |
| 10/31/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 0.73 | | 7,201.19 |
| 11/30/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 0.58 | | 7,201.77 |
| 12/31/08 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 0.39 | | 7,202.16 |
| 1/15/09 | Ref 7 | Bank of America | interest on invested funds | 1270-000 | 0.06 | | 7,202.22 |
| 1/28/09 | Check 1003 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,540.12 | 5,662.10 |
| 1/28/09 | Check 1004 | Allan J. DeMars | reimbursement of costs | 2200-000 | | 13.92 | 5,648.18 |
| 1/28/09 | Check 1005 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,340.00 | 4,308.18 |
| 1/28/09 | Check 1006 | Wells Fargo Financial Illinois, Inc. | 726(a)(2); 19.93383% | 7100-000 | | 204.22 | 4,103.96 |
| 1/28/09 | Check 1007 | American Express Centurian Bank | 726(a)(2); 19.93383% | 7100-900 | | 4,103.96 | 0.00 |
| | | | | COLUMN TOTALS | 14,002.16 | 14,002.16 | 0.00 |

```
             Less: Bank Transfers/CD
             Subtotal
             Less: Payments to debtor(s)      6,100.00         6100.00
             Net                              7,902.16         7,902.16              0.00

                                                                 NET
TOTAL - ALL ACCOUNTS                      NET DEPOSITS       DISBURSEMENTS        BALANCES
Money Market # 375 554 6256                   7,902.16           7,902.16             0.00
Net                                           7,902.16           7,902.16             0.00
                                         Excludes account   Excludes payments    Total Funds
                                             transfers          to debtor           on Hand
```